UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAUDO FOFANA, a/k/a Muhammad Fofana, | ) ) ) Case No. C06-869-JLR-JPD |
| Petitioner, | ) ) |
| v. | ) ORDER ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

The Court, having reviewed petitioner's petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, hereby ORDERS as follows:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's petition is DISMISSED without prejudice as premature.

(3)     The Clerk is directed to send a copy of this Order to petitioner and to Judge Donohue.

DATED this 27th day of October, 2006.

_____
JAMES L. ROBART
United States District Judge