FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 14 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

06-CV-00869-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAUDO FOFANA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C06-869-JLR

ORDER DENYING PETITIONER'S MOTION TO REOPEN § 2255 MOTION

The Court, after careful consideration of petitioner's motion to reopen his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his 2006 federal court sentence, the respondent's response, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the governing authorities, and the balance of the record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's Motion to Reopen (Dkt. No. 19) is DENIED.

(3)    The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 14th day of September, 2007.

JAMES L. ROBART
United States District Judge